UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GARLAND, | No. 2:16-cv-1856 AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a Sacramento County Jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

There are two problems with the in forma pauperis application. First, the "Certificate" portion of the request, which must be completed by plaintiff's institution of incarceration, has not been completed. Second, plaintiff has not submitted a certified copy of his institutional trust account statement for the six-month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a newly completed in forma pauperis application that includes both matters.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days from the filing date of this order, submit a newly completed in forma pauperis application that includes: (a) completion of the "Certificate" portion of the application; and (b) submission of a certified copy of plaintiff's institutional trust account

1

1  statement for the six-month period preceding the filing of his complaint.

2      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
3  Forma Pauperis By a Prisoner; and

4      3.  Failure to comply with this order will result in a recommendation that this action be
5  dismissed without prejudice.

6  DATED: September 6, 2016

                                                  /s/ Allison Claire
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE