UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GARLAND, | No. 2:16-cv-1856 AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR Officers RASHEV & PIERCE, | |
| Defendants. | |

   Plaintiff is a Sacramento County Jail inmate proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 7, 2017, the court set deadlines for discovery and dispositive motions. <u>See</u> ECF No. 15. On the same date, plaintiff signed and mailed a general request for discovery. <u>See</u> ECF No. 17.

   Plaintiff is informed that court permission is not required to conduct discovery. Neither discovery requests nor responses should be filed with the court until such time as a party becomes dissatisfied with a response and has attempted unsuccessfully to obtain informal resolution with the opposing party. Only then may a party seek relief from the court pursuant to the Federal Rules of Civil Procedure. Plaintiff is further advised that the discovery requests he propounds on defendants should be narrowly tailored to obtain evidence that will support the claims this court

////

////

1

has found cognizable in this action.[1]  See ECF No. 8.

Accordingly, IT IS HEREBY ORDERED that plaintiff's general request for discovery, ECF No. 17, is denied without prejudice.

DATED: February 14, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's discovery requests may include the following:  (1) requests for admission (yes-or-no statements of fact) directed to each defendant, see Fed. R. Civ. P. 36; (2) up to twenty-five interrogatories (questions) directed to each defendant, see Fed. R. Civ. P. 33; and (3) requests for copies of documents, electronically stored information, or other tangible evidence directed to each defendant, see Fed. R. Civ. P. 34.