IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS GARLAND,** | Case No. 2:16-cv-01856 JAM AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, including the submission of defendants' motion for summary judgment premised on plaintiff's alleged failure to exhaust his administrative remedies, IT IS HEREBY ORDERED defendant's motion to modify the Discovery and Scheduling Order, ECF No. 30, is GRANTED. The deadlines for written discovery and dispositive motions, scheduled by order filed February 7, 2017 (ECF No. 15), are vacated pending further order of this court.

DATED: June 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE