1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS GARLAND,                        No.  2:16-cv-1856 JAM AC P

12                Plaintiff,

13        v.                                 ORDER

14    CDCR Officers RASHEV & PIERCE,

15                Defendants.

16

17        Plaintiff requests that the discovery and motion deadlines recently set in this case be

18    suspended for 30 to 60 days to "prepare for parole and find [legal] help."  See ECF No. 41.  The

19    court discerns no prejudice to defendants in granting plaintiff's request.  Nevertheless, IT IS

20    HEREBY ORDERED that Deputy Attorney General Lucas Hennes, counsel for both defendants,

21    shall file and serve a response to plaintiff's request within ten days, and include any available

22    information about plaintiff's prospective parole date.

23    DATED: October 18, 2017

24                                           _____
                                             ALLISON CLAIRE
25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28