1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS GARLAND,                         No.  2:16-cv-1856 JAM AC P

12                   Plaintiff,

13        v.                                 **ORDER** and

14   CDCR OFFICERS RASHEV & PIERCE,          **FURTHER AMENDED DISCOVERY**

15                   Defendants.             **AND SCHEDULING ORDER**

16

17          Plaintiff requests a sixty-day extension of the deadlines in this action due to his imminent

18   parole date.  See ECF No. 41.  Defense counsel confirms that plaintiff has a scheduled parole date

19   of November 1, 2017, and has no objection to plaintiff's request.  See ECF No. 43.  Therefore,

20   plaintiff's request will be granted, and the deadlines for discovery and dispositive motions will be

21   extended by sixty days.

22          Plaintiff is informed that he is responsible for engaging directly with defendant's counsel

23   in propounding discovery requests and responding to discovery requests.  Plaintiff must prepare

24   and serve his own discovery requests, which should be narrowly tailored to obtain evidence in

25   support of his Eighth Amendment claims against defendants.[1]  The court should not be involved

26   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

27   [1]  Plaintiff's discovery requests may include the following:  (1) requests for admission (yes-or-no
     statements of fact) directed to each defendant, see Fed. R. Civ. P. 36; (2) up to twenty-five
     interrogatories (questions) directed to each defendant, see Fed. R. Civ. P. 33; and (3) requests for
28   copies of documents, electronically stored information, or other tangible evidence directed to

                                                  1

in the discovery process unless the parties have been unsuccessful in earnest attempts to resolve a given discovery dispute.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's undisputed request to extend existing deadlines, ECF No. 41, is **granted**.

2. The discovery deadline is extended to **April 20, 2018**. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days *prior* to that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before **July 20, 2018**. Motions shall be briefed in accordance with paragraph 8 of this court's order filed November 3, 2016 (ECF No. 11).[2]

SO ORDERED.

DATED: October 24, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

each defendant, see Fed. R. Civ. P. 34.

[2] The parties shall also be guided by the court's original discovery and scheduling order (ECF No. 15). Copies of these pertinent orders were sent to plaintiff together with the court's order filed October 10, 2017 (ECF No. 40).