UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GARLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPT. OF CORRS., et al.,<br><br>    Defendants. | No. 2:16-cv-1856 JAM AC P<br><br><br>ORDER |

A settlement conference has been scheduled in this action for August 22, 2018 at 10:00 a.m. before the undersigned. Plaintiff shall have the option to appear at the settlement conference in person or by telephone.

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of this order, plaintiff shall return the attached form advising the court how he would like to appear at the settlement conference.

Dated: June 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders/prisoner-civil rights/garl1856.sett conf tel option

1

|  | |
|---|---|
| THOMAS GARLAND,<br><br>              Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPT. OF CORRS., et al.,<br><br>              Defendants. | No.  2:16-cv-1856 JAM AC P<br><br>PLAINTIFF'S NOTICE ON TYPE OF APPEARANCE AT SETTLEMENT CONFERENCE |
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS GARLAND,

      Plaintiff,

  v.

CALIFORNIA DEPT. OF CORRS., et al.,

      Defendants.

No. 2:16-cv-1856 JAM AC P

PLAINTIFF'S NOTICE ON TYPE OF APPEARANCE AT SETTLEMENT CONFERENCE

    Check one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by telephone.

DATED:_____

                                            THOMAS GARLAND
                                            Plaintiff pro se