UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GARLAND, | No. 2:16-cv-1856 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This case is set for a settlement conference on August 22, 2018. See ECF No. 45. To permit the parties adequate time to prepare for settlement negotiations, the undersigned will vacate the deadline for filing dispositive motions, currently scheduled for July 20, 2018, see ECF No. 44, until the conclusion of settlement negotiations and further order of this court if necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The dispositive motion deadline is vacated; and

2. No dispositive motions shall be filed in this case until further order of this court.

DATED: June 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE