UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GARLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORR. AND REHAB., et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1856 JAM AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed June 6, 2018, the court set a settlement conference before the undersigned for August 22, 2018 at 10:00 a.m. (ECF No. 45.) In an order filed June 7, 2018, the undersigned ordered plaintiff to return a form advising the court whether he will participate in the settlement conference by telephone or in person. (ECF No. 46.) That form was due on July 7, 2018. Plaintiff has not returned the form.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Before 4:00 p.m. on Monday, August 20, 2018, plaintiff shall call Courtroom Deputy Pete Buzo at (916) 930-4128 to inform him:
    a.  whether plaintiff wishes to proceed with the settlement conference on August 22; and, if he does,

1

   b. whether plaintiff will participate by telephone or in person.

 2. If plaintiff does not comply with this order, the settlement conference will be removed from the court's calendar.

Dated: August 14, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/garl1856.sett conf reply