UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS GARLAND, | No. 2:16-cv-1856 JAM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with this civil rights action filed against defendants Pierce and Rashev. A settlement conference was scheduled for August 22, 2018, but was cancelled due to plaintiff's failure to comply with the orders of the assigned settlement judge. See ECF No. 50. Pending the settlement conference, the undersigned vacated the deadline for filing dispositive motions. See ECF No. 47. Because this case did not settle, a new dispositive deadline must be set. However, in light of plaintiff's failure to contact the settlement judge, the undersigned will first seek to ascertain whether plaintiff intends to proceed with this action.

It is plaintiff's responsibility to keep the court apprised of his current address at all times. See Local Rules 182(f), 183(b). Therefore, the court will direct service of this order to plaintiff at his last address of record; this service shall be fully effective. See Local Rule 182(f) ("Absent

1

such notice [of current address], service of documents at the prior address of the . . . pro se party shall be fully effective.").

Should plaintiff receive this order he is directed to file and serve, within twenty-one (21) days after the filing date of this order, a statement indicating whether he intends to proceed with this action. Failure of plaintiff to respond to this order, provided the order is not returned by the U.S. Postal Service, shall result in a recommendation that this action be dismissed without prejudice under Local Rule 110 ("Failure of . . . a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Alternatively, if this order is returned by the U.S. Postal Service as undeliverable, failure of plaintiff to notify the court of his current address within sixty-three days thereafter shall result in a recommendation that this action be dismissed without prejudice under Local Rule 183(b) ("If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.").

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days after the filing date of this order, plaintiff shall file and serve a statement indicating whether he intends to proceed with this action.

2. If plaintiff notifies this court that he intends to proceed with this action, the court will set a new dispositive motion deadline.

3. If plaintiff fails to respond to this order, and the order is not returned as undeliverable by the U.S. Postal Service, the undersigned will recommend that this action be dismissed without prejudice pursuant to Local Rule 110.

////
////
////
////

4. If attempted service of this order is unsuccessful, thus preventing plaintiff's response, plaintiff's failure to notify this court of his current address within sixty-three (63) days after the order was returned by the U.S. Postal Service shall result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 183(b).

DATED: August 21, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE